# EXHIBIT B

| US7916877B2 | PS Audio- Sprout100 ("The Accused Product") |
|---|---|
| 17. A method of operation for a switching component forming a part of a modular audio unit comprising an inter-unit communication component providing inter-unit communications with at least one peer system, comprising: | The accused product practices a method of operation for a switching component (e.g., the component of the accused product which switches the input source from an Line input to Bluetooth, or vice versa, among other possible switching scenarios) forming a part of a modular audio unit (e.g., the accused product) comprising an inter-unit communication component (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices) providing inter-unit communications (e.g., Bluetooth communication) with at least one peer system (e.g., a smartphone).<br><br><br><br><br><br>Source: Manual of the accused product |

**PS AUDIO**  Owner's Reference Sprout100

How is Sprout100 different from the original? To start, Sprout100 offers double the output power, which—apart from providing renewed efficiency, lowered distortion, and greater separation and detail—also serves to galvanize the sonic benefits of extended headroom. Your <u>Sprout100 offers a DAC with maximum resolution</u>—one that decodes even 128DSD and 384/24PCM. We hear you want a remote control, an indicator light, a defeatable bass-boost, and an optical input? It's all there. Sprout100 also differs from the original by offering a variable subwoofer mono output, full <u>RCA analog in/out connectors</u>, a redesigned world-class RIAA phono-stage, and a newly designed z-feedback low-impedance headphone amplifier. And with Sprout100's new universal internal power supply (100 - 240VAC @ 50/60Hz with auto-detect) you can take your new integrated amplifier abroad for maximum flexibility. By adapting new high-resolution/low-distortion topologies, a beefy 240-watt power supply, and bleeding-edge ICEpower amplifier technology, Sprout100 offers increased headroom, lower noise floor, and extended and nuanced frequency response. Z-feedback innovations reveal temporal accuracy and increased transient impulse response. Sonically notable for its lucid spatial detail, acute tonal retrieval, and commanding noise immunity, Sprout100 is even more equipped to drive your loudspeakers and headphones than before.

Source: Manual of the accused product

| | |
|---|---|
| | **What else is in the box?** **Accessories** Other than Sprout100, you've got:<br><br>• Remote Control<br>• 4x Gold Banana Speaker connectors<br>• Power Cable: 6ft<br>• Headphone Adaptor: 3.5mm to ¼" Stereo TRS<br>• 2x Sprout100 Decal<br>• Owner's Reference<br><br>**Where is your music?** Phone or tablet, computer or MP3, CDs, TV, tape deck, vinyl records, or gaming console. Sprout has you covered.<br><br>Sprout100 has four inputs:<br>• Vinyl<br>• **Analog**<br>• Digital<br>• **Bluetooth**<br><br>Source: Manual of the accused product |



Source: Manual of the accused product

| | |
|---|---|
| | TOSLINK Input   If you have a CD player, transport, gaming device, or any digital audio device with a TOSLINK digital output, use a standard fiber optic cable to connect the digital output of your device to Sprout100's TOSLINK input as shown in the back panel diagram. Then select the Digital input on the front panel.<br><br>NOTE* If you have a USB cable connected to the USB input this will disable the TOSLINK input.<br><br>NOTE* The Sprout100 cannot process Dolby Digital inputs. If taking the output from a Television make sure that the digital signal is set to PCM.<br><br>**Bluetooth Input**   Sprout100 is equipped with a class 2.0 Bluetooth transceiver. You will need to select the Bluetooth input on the input selector to enable this input. Sprout100's Bluetooth transmitter will broadcast its ID automatically. You only need to enable Bluetooth on your device and select Sprout100 from the available devices.<br><br>Source: Manual of the accused product |
| receiving first signals corresponding to first entertainment content from a player device; | The accused product practices receiving first signals (e.g., Line input signals) corresponding to first entertainment content (e.g., content from external audio player via Analog In) from a player device (e.g., a external audio device). |



Source: Manual of the accused product

| | |
|---|---|
| | <br>Source: Manual of the accused product |
| receiving second signals corresponding to second entertainment content | The accused product practices receiving second signals (e.g., audio signals via Bluetooth from a smartphone) corresponding to second entertainment content (e.g., audio content from the Bluetooth paired |

| | |
|---|---|
| from the inter-unit communication component; and | smartphone) from the inter-unit communication component (e.g., Bluetooth chip of Sprout100 for communication with other Bluetooth devices).<br><br><br><br>Source: Manual of the accused product |

|  | TOSLINK Input If you have a CD player, transport, gaming device, or any digital audio device with a TOSLINK digital output, use a standard fiber optic cable to connect the digital output of your device to Sprout100's TOSLINK input as shown in the back panel diagram. Then select the Digital input on the front panel.<br><br>NOTE* If you have a USB cable connected to the USB input this will disable the TOSLINK input.<br><br>NOTE* The Sprout100 cannot process Dolby Digital inputs. If taking the output from a Television make sure that the digital signal is set to PCM.<br><br>Bluetooth Input  Sprout100 is equipped with a class 2.0 Bluetooth transceiver. You will need to select the Bluetooth input on the input selector to enable this input. Sprout100's Bluetooth transmitter will broadcast its ID automatically. You only need to enable Bluetooth on your device and select Sprout100 from the available devices.<br><br>Source: Manual of the accused product |
|---|---|
| selectively outputting the first signals and the second signals to a playback component | The accused product practices selectively outputting the first signals (e.g., audio signals via Line input from a external audio device) and the second signals (e.g., audio content from the Bluetooth paired smartphone) to a playback component (e.g., Subwoofer) wherein the player device (e.g., external audio device) and the playback component (e.g., Subwoofer) are separate from one another and wherein both |

| | |
|---|---|
| wherein the player device and the playback component are separate from one another and wherein both the player device and the playback component are external to the modular audio unit. | the player device and the playback component are external to the modular audio unit (e.g., the accused product).<br><br>As shown below, playback component (e.g., Subwoofer), player device (e.g., external audio device), and modular audio unit (e.g., the accused product) are all individual separate components.<br><br>rear panel is a buffered stereo-line output. This is a variable line level, full audio stereo output. Whatever you are listening to on Sprout100 will be available on this output.<br><br>**Subwoofer Output**<br><br>Many system pairs benefit from the addition of a subwoofer which serves to augment the low bass, giving a much richer, full range musical sound. Most subwoofers have RCA input connections. <u>Sprout100's subwoofer output is the single ended, summed Right / Left channel signal and is ideal for Subwoofer with an RCA input and built in low pass filter.</u><br><br>Source: Manual of the accused product |



Source: Manual of the accused product

As shown below, the modular unit receives signal from external audio device in the form of a first signal (e.g., Line input signal), and also from Bluetooth paired smartphone in the form of the second signal (e.g., received Bluetooth signal).



Source: Manual of the accused product

| | |
|---|---|
| | **Operating Guide**<br><br>PS AUDIO®    Owner's Reference Sprout100<br><br>Connect the inputs first — Sprout100 has four rear panel inputs you can connect your sources to: two digital, one analog and one phono for your vinyl. It can also <u>connect wirelessly via Bluetooth.</u><br><br>Digital Sources — Sprout100 can connect to three digital devices, two from the rear panel connections and one <u>wirelessly via Bluetooth from your phone, computer or tablet.</u><br><br>Source: Manual of the accused product |
| 19. The method of claim 17 wherein the playback component comprises a speaker. | The playback component utilized by the accused product comprises a speaker (e.g., subwoofer). |

| | |
|---|---|
| | rear panel is a buffered stereo-line output. This is a variable line level, full audio stereo output. Whatever you are listening to on Sprout100 will be available on this output.<br><br>Subwoofer Output<br><br>Many system pairs benefit from the addition of a subwoofer which serves to augment the low bass, giving a much richer, full range musical sound. Most subwoofers have RCA input connections. Sprout100's subwoofer output is the single ended, summed Right / Left channel signal and is ideal for Subwoofer with an RCA input and built in low pass filter.<br><br>Source: Manual of the accused product |



Source: Manual of the accused product

| | |
|---|---|
| 20. The method of claim 17 wherein the second entertainment content is entertainment content received by the inter-unit communication component from a peer system from the one or more peer systems, and selectively outputting comprises outputting the second signals corresponding to the second entertainment content received from the peer system to the playback component. | The second entertainment content is entertainment content (e.g., audio content from the Bluetooth paired smartphone) received by the inter-unit communication component from a peer system (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices) from the one or more peer systems (e.g., various Bluetooth based devices ), and selectively outputting comprises outputting the second signals (e.g., received Bluetooth signals) corresponding to the second entertainment content (e.g., audio content from the Bluetooth paired smartphone) received from the peer system (e.g., the smartphone) to the playback component (e.g., Subwoofer).<br><br><br><br>Source: Manual of the accused product |

| | |
|---|---|
| | rear panel is a buffered stereo-line output. This is a variable line level, full audio stereo output. Whatever you are listening to on Sprout100 will be available on this output.<br><br>Subwoofer Output<br><br>Many system pairs benefit from the addition of a subwoofer which serves to augment the low bass, giving a much richer, full range musical sound. Most subwoofers have RCA input connections. Sprout100's subwoofer output is the single ended, summed Right / Left channel signal and is ideal for Subwoofer with an RCA input and built in low pass filter.<br><br>Source: Manual of the accused product |



Source: Manual of the accused product